# IN THE SUPREME COURT OF THE STATE OF NEVADA

JACOB DRISCOLL,
                 Appellant,

      vs.

THE STATE OF NEVADA,
                 Respondent.

No. 79325

**FILED**

AUG 1 6 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on August 28, 2018. Appellant did not file the notice of appeal, however, until July 30, 2019, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, this court lacks jurisdiction to consider this appeal, and

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-34492

cc: Hon. Valerie Adair, District Judge
Jacob Driscoll
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk